**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **LEGAL TECHNOLOGY GROUP, INC.** **d/b/a ESENTIO TECHNOLOGIES,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Case No. 1:17-CV-00631-RBW |
| **RAJIV MUKERJI,** *et al.*, | ) ) ) | |
| **Defendants.** | ) ) | |

## NOTICE OF JOINT SUBMISSION

Plaintiff Legal Technology Group, Inc. d/b/a eSentio Technologies, Defendant HBR Consulting LLC, and Defendant Rajiv Mukerji, by and through their respective counsel, and pursuant to the Court's May 13, 2019 Order, Dkt. 86, jointly submit the attached redacted version of this Court's May 14, 2019 Opinion, Dkt. 87, for publishing on the public docket. The Parties have agreed that the portions redacted therein are the portions that must remain under seal pursuant to the Stipulated Protective Order, Dkt. 27.

Respectfully submitted,

/s/ Michael J. Lorenger
Michael J. Lorenger (DC Bar # 45146)
Lorenger & Carnell PLC
651 South Washington Street
Alexandria, Virginia 22314
Phone: (703) 684-1800
Fax: (703) 684-1805
mlorenger@lorengercarnell.com

Keith Harrison (DC Bar # 416755)
Julia Milewski (DC Bar # 1008678)
Mark Klapow (DC Bar # 474646)

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2500
Fax:    (202) 628-5116
kharrison@crowell.com
jmilewski@crowell.com
mklapow@crowell.com

*Counsel for Plaintiff Legal Technology Group, Inc. d/b/a eSentio Technologies*


/s/ Neil Klingshirn
Neil Klingshirn
Elfvin, Klingshirn, Royer & Torch
4700 Rockside Road, Suite 530
Independence, Ohio 44131
(216) 382-2500 Direct
(216) 381-0250 Fax
neil@ekrtlaw.com

*Counsel for Defendant Rajiv Mukerji*


/s/ Julia K. Whitelock
Julia K. Whitelock (D.C. Bar #992929)
Brian A. Scotti (D.C. Bar #497125)
Gordon Rees Scully Mansukhani, LLP
1300 I Street, NW, Suite 825
Washington, DC 20005
Phone: (202) 399-1009
Fax: (202) 800-2999
jwhitelock@grsm.com
bscotti@grsm.com

*Counsel for Defendant HBR Consulting LLC*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 10th day of June, 2019, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following CM/ECF participants:

Keith J. Harrison
Mark A. Klapow
Julia Milewski
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
kharrison@crowell.com
mklapow@crowell.com
jmilewski@crowell.com

Michael J. Lorenger
Lorenger Carnell
651 South Washington Street
Alexandria, Virginia 22314
mlorenger@lorengercarnell.com

*Counsel for Plaintiff*

Neil E. Klingshirn
Elfvin, Klingshirn, Royer & Torch, LLC
4700 Rockside Road, Suite 530
Independence, Ohio 44131
neil@erktlaw.com

*Counsel for Defendant Rajiv Mukerji*

                /s/ Julia K. Whitelock
                Julia K. Whitelock, Esq.