UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL TECHNOLOGY GROUP, INC., d/b/a ESENTIO TECHNOLOGIES,<br><br>    Plaintiff,<br><br>  v.<br><br>RAJIV MUKERJI and HBR CONSULTING LLC,<br><br>    Defendants. | Civil Action No. 17-631 (RBW) |

## **ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on January 4, 2021, via teleconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status conference on March 18, 2021, at 10:00 a.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** on this 4th day of January, 2021.

                       REGGIE B. WALTON
                       United States District Judge