UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL TECHNOLOGY GROUP, INC., d/b/a ESENTIO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>RAJIV MUKERJI and HBR CONSULTING LLC,<br><br>Defendants. | Civil Action No. 17-631 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on September 20, 2021, via teleconference, it is hereby

**ORDERED** that the Defendant HBR Consulting LLC's Motion for Leave to Take the De Bene Esse Deposition of the Corporate Designee of NetDocuments Software, Inc., ECF No. 131, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the status conference currently scheduled for October 13, 2021, is **RESCHEDULED** for October 12, 2021, at 1:30 p.m. The parties shall appear before the Court via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** on this 21st day of September, 2021.

REGGIE B. WALTON
United States District Judge