UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEGAL TECHNOLOGY GROUP, INC., d/b/a ESENTIO TECHNOLOGIES, ) ) ) | | |
| Plaintiff, ) ) | | |
| v. ) ) | Civil Action No. 17-631 (RBW) | |
| RAJIV MUKERJI and HBR CONSULTING LLC, ) ) ) | | |
| Defendants. ) ) | | |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on October 27, 2021, via teleconference, it is hereby

**ORDERED** that the Defendant HBR Consulting LLC's Motion to Reinstate Its Motion for Leave to Take the De Bene Esse Deposition of the Corporate Designee of NetDocuments Software, Inc. (ECF No. 131), ECF No. 137, is **GRANTED**.  It is further

**ORDERED** that the Defendant HBR Consulting LLC's Motion for Leave to Take the De Bene Esse Deposition of the Corporate Designee of NetDocuments Software, Inc., ECF No. 131, is **GRANTED**.  It is further

**ORDERED** that, on or before December 27, 2021, HBR Consulting LLC is permitted to conduct the deposition of the corporate designee of NetDocuments Software, Inc.  It is further

**ORDERED** that the plaintiff is permitted to conduct additional discovery within the scope of the testimony given at the deposition.  It is further

**ORDERED** that, within ten days of receiving the transcript of the deposition, the plaintiff shall advise the defendants as to whether it intends to conduct any discovery in response

to the deposition and, if so, the type of the anticipated discovery.[1]

    **SO ORDERED** on this 29th day of October, 2021.

REGGIE B. WALTON<br>
United States District Judge

---

[1] In the event that the defendants intend to object to any discovery anticipated by the plaintiff, the defendants are advised to follow the discovery protocols outlined in the Court's General Order. <u>See</u> General Order for Civil Cases Before the Honorable Reggie B. Walton at 5, ECF No. 21.