**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Legal Technology Group, Inc. d/b/a eSentio Technologies,

Plaintiff,

v.

Rajiv Mukerji, *et al.*,

Defendants.

Case No. 1:17-cv-00631-RBW

**UNOPPOSED MOTION TO VACATE ORDER AND SET NEW TRIAL DATE**

Plaintiff, by and through its undersigned counsel, and with the consent of Defendants, hereby requests that the Court vacate its Order dated April 7, 2022 [Dkt. No. 152] and re-set the trial for a date to be determined. As grounds for this relief, Plaintiff states as follows:

1. Plaintiff filed this action on April 10, 2017.

2. A two-week jury trial was initially set to begin in January 2020. Trial has been continued several times, mostly as a result of courtroom restrictions imposed in response to the COVID-19 pandemic.

3. Most recently, trial was set to begin on June 6, 2022.

4. During a status conference held on April 7, 2022, to confirm the commencement of trial in June, the Court continued trial again, this time to allow sufficient time for supplemental discovery concerning the parties' expert witnesses and an anticipated briefing schedule for motions *in limine* related thereto.

5. By Order dated April 7, 2022, the Court continued the trial period to August 29, 2022 through September 9, 2022. The Court set the final pretrial conference for August 18-19, 2022. *See* Dkt. No. 152.

6. Undersigned counsel for Plaintiff advised his co-counsel, all with the law firm of Crowell & Moring, LLP (hereinafter referred to as the "Crowell Team"), of the rescheduled trial date. The Crowell Team determined that the rescheduled trial date conflicted with other litigation demands.

7. Specifically, Attorney Keith Harrison is lead counsel in an arbitration that is set for hearing beginning on August 15, 2022, and that is anticipated to span seven days, through August 23, 2022, concluding only three business days before trial in this matter is to begin. Because of the time commitments required to prepare for the arbitration hearing in late September and early August, Mr. Harrison will be unable to devote the necessary time and attention to trial preparation in this matter, and he will be unable to attend the Final Pretrial Conference scheduled for August 18-19, 2022.

8. Additionally, Attorney Mark Klapow is lead trade secret counsel in a large patent/trade secret case pending before District Judge Vince Chhabria in the United States District Court for the Northern District of California. *AllRounds, Inc. v. eShares, Inc.*, at al; Case No. 3:20-cv-07083-VC. Mr. Klapow will be responsible for summary judgment briefing in the matter and will be required to file briefs on September 6, 2022. The briefing schedule in the California litigation will prevent Mr. Klapow from engaging in meaningful trial preparation or trial in this matter.

9. The Crowell Team cannot clear or otherwise accommodate these conflicts, and therefore will be unable to actively participate in preparation for trial and/or the trial itself should the trial begin as scheduled on August 29, 2022.

10. Plaintiff cannot adequately proceed to trial without the full engagement of the Crowell Team in advance of and during the trial. Mr. Klapow and Mr. Harrison entered the case as co-lead counsel in February 2018. The Crowell Team: (i) oversaw the submission of Plaintiff's FRCP 26(a)(2) report; (ii) prepared and argued Plaintiff's opposition to the Defendants' *motion in limine* related thereto and intends to take the same lead role in the supplemental expert discovery ordered by this Court; (iii) handled all written discovery after entering their appearances; (iv) took and defended all depositions of all fact witnesses; (v) led Plaintiff's efforts at private mediation; (vi) was integrally involved in preparing Plaintiff's Motion for Summary Judgment and Opposition to Defendants' Motions for Summary Judgment; and (vii) maintains the complete case file.

11. Plaintiff's counsel informed Defense Counsel for Defendant HBR Consulting, LLP, of the Crowell Team's conflicts promptly on April 13, 2022. Counsel thereafter corresponded concerning the conflict and potential dates for rescheduling, and they discussed the matter by phone on April 18, 2022.

12. The principals of Plaintiff and Defendant HBR were scheduled to meet, and did meet, in person on April 25, 2022, to discuss potential resolution of the case. Counsel tabled the question of rescheduling the trial pending that meeting. Although the April 25 meeting was productive, and more meetings are scheduled, counsel believes it prudent to address the scheduling conflict now.

13. On April 27, 2022, Plaintiff's Counsel advised Defense Counsel that the Crowell Team had been unable to clear conflicts or otherwise accommodate the conflicting matters. The parties agreed to raise the matter with the Court by way of a telephonic status conference. The Court, by correspondence from the Courtroom Deputy Supervisor, directed the parties file this motion.

14. For the reasons stated above, Plaintiff cannot effectively pursue its claims without the full engagement of the Crowell Team. Accordingly, Plaintiff respectfully requests that the Court vacate its Order dated April 7, 2022, and convene a status conference to set new dates for trial and the final pretrial conference.

15. Plaintiff's Counsel has discussed this matter with Defense Counsel as noted above, and Defense Counsel does not oppose this relief.

WHEREFORE, Plaintiff respectfully requests that the Court grant its motion, vacate its Order dated April 7, 2022, and convene a status conference to set new dates for trial and the final pretrial conference.

Respectfully submitted,

**/s/Michael J. Lorenger**

Michael J. Lorenger (DC Bar # 45146)
Lorenger & Carnell PLC
651 South Washington Street
Alexandria, Virginia 22314
Phone: (703) 684-1800
Fax: (703) 684-1805
mlorenger@lorengercarnell.com

Julia Milewski (DC Bar # 1008678)
Keith Harrison (DC Bar # 416755)
Mark Klapow (DC Bar # 474646)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
jmilewski@crowell.com
kharrison@crowell.com
mklapow@crowell.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of May, 2022, I filed the foregoing UNOPPOSED MOTION TO VACATE ORDER AND SET NEW TRIAL DATE with the Court's ECF system, which will automatically serve the following counsel of record:

Neil Klingshirn
ELFVIN, KLINGSHIRN,
ROYER & TORCH 4700
Rockside Road
Suite 530
Independence, Ohio 44131
neil@ekrtlaw.com

Brian A. Scotti
GORDON REES SCULLY MANSUKHANI, LLP
1101 King Street, Suite 520
Alexandria, VA 22314
bscotti@grsm.com

Rodney A. Satterwhite
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
rsatterwhite@mcguirewoods.com

**/s/ Michael J. Lorenger**
Michael J. Lorenger

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Legal Technology Group, Inc. d/b/a eSentio Technologies,

Plaintiff,

v.

Rajiv Mukerji, *et al.*,

Defendants.

Case No. 1:17-cv-00631-RBW

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Unopposed Motion to Vacate Order and Set New Trial Date, it is hereby

ORDERED, that the motion be, and the same hereby is, granted; and it is further

ORDERED, that the Court's April 7, 2022, Order [Dkt. No. 152] is hereby vacated; and it is further

ORDERED, that the parties shall appear before the Court for a telephonic status report on May __, 2022, at ___________ for the purpose of discussing rescheduling the trial of this matter.

Date: May __, 2022

_________________________
Hon. Reggie B. Walton
United States District Judge